**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | MAG. NO.  20- 16126 |
| | * | |
| BIENVENIDO AYALA | * | |
| | * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Fed. R. Crim. P. 43(b)(2) and Standing Order 2020-06, this Court finds:

[X] That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

[X] That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:
   1. COVID pandemic, 2. Inability to conduct in-person hearing for indefinite period, and
   3. Consent of defendant.


Accordingly, the proceeding(s) held on this date may be conducted by:

[X] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

[ ] Other:


Dated:  1/21/21

_____
Honorable Anthony R. Mautone
United States Magistrate Judge